1052

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN DONAVON
MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for
Thurston County, No. 04-1-01815-7, Richard A. Strophy, J.,
entered November 10, 2005. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and
Quinn-Brintnall, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DUANE
ELMORE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 05-1-01844-7, John A. McCarthy, J., entered
January 20, 2006. *Affirmed* by unpublished opinion per
Armstrong, J., concurred in by Bridgewater and Quinn-
Brintnall, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. K.R.H.,
*Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 06-8-00150-3, John F. Nichols, J., entered April
5, 2006. *Affirmed* by unpublished opinion per Hunt, J.,
concurred in by Houghton, C.J., and Bridgewater, J.

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN B.
BROCKIE, *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 02-1-00790-3, Robert D. Austin, J., en-
tered January 23, 2004. *Affirmed in part* and *remanded* by
unpublished opinion per Kato, J. Pro Tem., concurred in by
Sweeney, C.J., and Brown, J.